# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| MEGAN McDOUGAL, | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No. 2:10-cv-1331-RLH-PAL |
| vs. | ) | **O R D E R** |
| C & W MOTORS, INC., *et al.* | ) | (Joint Motion to Approve Settlement And for Entry of Dismissal–#17) |
| Defendant(s). | ) | |

Before the Court is a **Joint Motion to Approve Settlement and for Entry of Order of Dismissal** (#17, filed January 7, 2011) which is joined by all parties.

The Court has reviewed the proposed settlement and hereby gives its approval of the settlement as a final disposition of this matter.

IT IS THEREFORE ORDERED that the proposed Settlement is APPROVED.

IT IS FURTHER ORDERED that this matter is finally resolved and is DISMISSED.

Dated: January 10, 2011.

_____
Roger L. Hunt
**Chief United States District Judge**